1  CLARK HILL, PLLC
   Gia N. Marina, Nevada Bar No. 15276
2  gmarina@clarkhill.com
   3800 Howard Hughes Parkway
3  Suite 500
   Las Vegas, NV 89169
4  Telephone: (702) 862-8300

5  *Counsel for Defendant*
   *Equifax Information Services LLC*
6

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 | BENJAMIN CATER,                              | Case No. 2:22-cv-00407-GMN-NJK |
12 | Plaintiff,                                   | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
13 | v.                                           | |
14 | EQUIFAX INFORMATION SERVICES, LLC,           | |
15 | Defendant.                                   | |

16

17     Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to

18 answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.

19 Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among

20 counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond

21 to the Complaint in this action is extended from April 1, 2022 through and including April 22, 2022.

22 Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to

23 the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not

24 intended to cause delay.

25

26

27

28

80782830v.1

| | |
|---|---|
| DATED:  March 30, 2022 | Respectfully submitted, |
| | CLARK HILL, PLLC |
| | |
| | By:  */s/ Gia N. Marina* |
| | Gia N. Marina |
| | Nevada Bar No. 15276 |
| | 3800 Howard Hughes Pkwy, Suite 500 |
| | Las Vegas, NV 89169 |
| | Tel: (702) 862-8300 |
| | Fax: (702) 862-8400 |
| | Email:gmarina@clarkhill.com |
| | |
| | *Counsel for Defendant* |
| | *Equifax Information Services LLC* |
| | |
| DATED:  March 30, 2022 | Agreed & Consented to: |
| | PRICE LAW GROUP, APC |
| | |
| | By:  */s/ Steven A. Alpert* |
| | Steven A. Alpert, Esq. |
| | PRICE LAW GROUP, APC |
| | 5940 S. Rainbow Boulevard |
| | Suite 3014 |
| | Las Vegas, NV 89118 |
| | Tel: 702-794-2008 |
| | Email: alpert@price lawgroup.com |
| | |
| | Attorneys for Plaintiff |

IT IS ORDERED:

_____
United States Magistrate Judge

DATED: March 31, 2022

2

80782830v.1